UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA MADDY, *on behalf of herself and all others similarly situated*,

                  Plaintiff,

v.

SLASHDOT MEDIA, LLC,

                  Defendant.

22-CV-5899 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On August 1, 2022, the Court ordered the parties to meet and confer within thirty days of service of the summons and complaint, and within fifteen additional days, submit a joint letter requesting that the Court either refer the case to mediation or a magistrate judge, or schedule an initial status conference in this matter. On August 17, 2022, Plaintiff filed proof of service on the docket, and Defendant filed a notice of appearance on the same day. To date, no joint letter has been filed, nor has Defendant responded to the Complaint.

    By no later than November 7, 2022, the parties shall submit their joint letter, or, in the alternative, Plaintiff shall file a letter proposing next steps in this matter. Failure to do so may result in dismissal of this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated:    October 31, 2022
             New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge